UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIGUEL ANGEL CACHU AREVALO,

     Plaintiff,

 v.

CONNIE NOLAN, et al.,

     Defendants.

Case No. C23-475-TSZ

ORDER GRANTING IN FORMA PAUPERIS APPLICATION

  Because plaintiff does not appear to have funds available to afford the $402 filing fee, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's amended IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

  Dated this 3rd day of April, 2023.

                S. KATE VAUGHAN
                United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS
APPLICATION - 1